IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Joseph Hendel

     Debtor                              Chapter 13:   22-13102AMC

Joseph Hendel                                  Adv no: 23-00005

     Plaintiff

     V

Navient Solutions, LLC.

     Defendant

## JOINT STATEMENT CONCERNING PARTICIPATION IN COURT ANNEXED MEDIATION PROGRAM

    The parties hereto, through their respective counsel, are interested in mediation, but believe it is premature at this time. Once the parties have conducted discovery, they may consent to a mediation process and a mediator selected by the court, if none suggested by the parties. The parties would prefer to inform the court when mediation would be deemed productive.

Dated  3/1/2023                                          /s/Michael A. Cataldo

                                                             Michael A. Cataldo, Esquire

                                                              *Counsel for the Plaintiff*

Dated  3/1/23                                             */s/ Christopher R. Pfaff*

                                                             Christopher R. Pfaff, Esquire

                                                             *Counsel for the Defendant*